```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF TEXAS
                             BROWNSVILLE DIVISION

 JOSE VILLANUEVA-VELASQUEZ     )         B98-143
                               )           (HGT/FR)
 VS.                           )
                               )         Brownsville, Texas
 E. M. TROMINSKI, ET AL        )         July 2, 2001
 ..............................)

                              and

 LADISLAO GARCIA-ESPINOZA      )         B98-192
                               )           (HGT/FR)
 VS.                           )
                               )         Brownsville, Texas
 E. M. TROMINSKI, ET AL        )         July 2, 2001
 ..............................)

                              and

 JUAN JOSE LUNA-GUZME          )         B98-193
                               )           (HGT/FR)
 VS.                           )
                               )         Brownsville, Texas
 E. M. TROMINSKI, ET AL        )         July 2, 2001
 ..............................)

                              and

 FRANCISCO LEOS-HERNANDEZ      )         B98-010
                               )           (HGT/FR)
 VS.                           )
                               )         Brownsville, Texas
 E. M. TROMINSKI, ET AL        )         July 2, 2001

                              and

 DELFINO GONZALEZ-MERCADO      )         B99-025
                               )           (HGT/FR)
 VS.                           )
                               )         Brownsville, Texas
 E. M. TROMINSKI, ET AL        )         July 2, 2001

                              and
```

United States District Court
Southern District of Texas
FILED
JUL 03 2001
Michael N. Milby, Clerk of Court

ORIGINAL

WILSON REPORTING SERVICES
P.O. Box 532003   Harlingen, Texas   78553
(956) 412-5700