AO 440 (Rev 1/90) Summons in a Civil Action

3

United States District Court
Southern District of Texas
FILED
JAN 19 1999
Michael N. Milby
Clerk of Court

# United States District Court
SOUTHERN DISTRICT OF TEXAS

Ladislao Garcia-Espinoza

v.

E.M. Trominski, INS District Director

SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-98-192

TO: (Name and Address of Defendant)

E.M. Trominski
2102 Teege
Harlingen, Texas 78550

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa S. Brodyaga, Attorney
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

CLERK

BY DEPUTY CLERK

DATE  12/30/98



# B-98-192

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 1/5/99 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lisa Brodyaga | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): 01/05/99 - Received for E. M. Trominski / Chris Bernal

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/5/99
              Date

Signature of Server

Lisa Brodyaga
Attorney At Law
Refugio Del Rio Grande
P.O. Box 5365
Harlingen, TX 78551

Address of Server

United States District Court
Southern District of Texas
FILED

JAN 19 1999

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
RECEIVED

JAN 19 1999

Michael N. Milby, Clerk of Court

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.