# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 4 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LADISLAO GARCIA-ESPINOZA, ) | |
| Petitioner, ) | |
| v. ) | C.A. No. B-98-192 |
| E.M. TROMINSKI, ) INS DISTRICT DIRECTOR, ) | |
| Respondent. ) | |

## UNOPPOSED MOTION TO HOLD IN ABEYANCE

This case is similar to a number of cases raising related issues concerning the 1996 amendments to the Immigration and Nationality Act. The jurisdictional and other issues raised here are identical or similar to those recently addressed by this Court in <u>Cantu-Salinas v. Trominski</u>, No. CA B-97-183 (S.D. Tex. Order, Aug. 26, 1998), and in related cases. The Department of Justice has appealed the decisions in those cases to the Fifth Circuit Court of Appeals. Resolution of those cases on appeal likely would be controlling in this case.

Therefore, the parties respectfully submit that proceedings this case should be held in abeyance pending the appeal of <u>Cantu-Salinas</u> and related cases.

Respectfully submitted,

JAMES H. DeATLEY
United States Attorney
Southern District of Texas

_/s/ Lisa M. Putnam_

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051

Dated: February 4, 1999

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Hold in Abeyance was discussed with opposing counsel and that opposing counsel agrees not to oppose the Motion.

_/s/ Lisa M. Putnam_

LISA M. PUTNAM
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of it in the United States mail, first class postage prepaid, to:

> Lisa S. Brodyaga, Esq.
> 402 E. Harrison, 2d Floor
> Harlingen, TX 78550
> (210) 421-3426

on this the 4th day of February, 1999.

_____
LISA M. PUTNAM
Special Assistant United States Attorney

Case 1:98-cv-00192   Document 4   Filed in TXSD on 02/04/1999   Page 3 of 3

ClibPDF - www.fastio.com