AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF TEXAS

Ladislao Garcia-Espinoza

v.

E.M. Trominski, INS District Director

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: B-98-192

United States District Court
Southern District of Texas
FILED

FEB - 9 1999

Michael N. Milby, Clerk of Court

**TO:** (Name and Address of Defendant)

Hon. Janet Reno, United States Attorney General
950 Pennsylvania Ave. N.W. Suite 5111
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

Lisa S. Brodyaga, Attorney
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

**CLERK**

[signature]

**BY DEPUTY CLERK**

**DATE** 12/30/98

CAB-98-192  6

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE 1/11/99 | United States District Court Southern District of Texas FILED |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | | |
| NAME OF SERVER (PRINT) Lisa Brodyaga | TITLE Attorney | FEB 09 1999 |
| | | Michael N. Milby Clerk of Court |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail RRR

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/8/99
            Date              Signature of Server

Address of Server

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Hon. Janet Reno
U.S. Attorney General
950 Penn. Ave NW #5111
Wash. DC 20530-0001

4a. Article Number

4b. Service Type
☐ Registered   ☐ Insured
☐ Certified    ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)  1/99

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Agent)

Lisa
Attorney
Refugio ... Grant
P.O. Box ...
Harlingen, TX 78551

PS Form **3811**, December 1991  ☆U.S. GPO: 1993—352-714  **DOMESTIC RETURN RECEIPT**

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.