# Civil Courtroom Minutes

8

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Letty Garza |
| LAW CLERK | ☐ Trevino    ☑ Spencer |
| DATE | 4 – 22 – 99 |
| TIME | 11:05 a.m.   11:06 a.m. |
| CIVIL ACTION | B – 98 – 192 |
| STYLE | Garcia – Espinosa versus Ynoninski |

*United States District Court, Southern District of Texas — FILED APR 22 1999 — Michael N. Milby, Clerk of Court*

**DOCKET ENTRY**

(HGT) ☐ Hearing; ___ day ☐ Bench or ☐ Jury Trial    (Rptr. Breck Record )

Cheri Jones _____ for ☐ Ptf. # ___  ☑ Deft. # ___
Lisa Brodyaga _____ for ☑ Ptf. # ___  ☐ Deft. # ___
_____ for ☐ Ptf. # ___  ☐ Deft. # ___
_____ for ☐ Ptf. # ___  ☐ Deft. # ___

☐ All motions not expressly decided are denied without prejudice.
☐ Evidence taken [exhibits or testimony].
☐ Argument heard on: ☐ all pending motions; ☐ these topics: _____

☐ Motions taken under advisement: _____
☐ Order to be entered.
☐ Miscellaneous review set: _____
☐ ~~Rulings orally rendered on:~~ _____

Comments: Attorneys reported that case is still in abeyance pending a decision on appeal in the Fifth Circuit.