9

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

OCT 13 1999

Michael N. Milby
Clerk of Court

Garcia-Espinosa §
§
§
versus §
§ Civil Action B-98-192
§
§
Ynominski §
§

## Specific Referral to Magistrate Judge

This application for a writ of habeas corpus is referred to Magistrate Judge Felix Recio for a report and recommendation.

Signed October 13th, 1999, at Brownsville, Texas.

_Hilda Tagle_
—————————————
Hilda G. Tagle
United States District Judge

orefcs.
MAG flag