JUL - 2 2001

```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
Court Reporter     :    C Newman
CSO                :    Salinas
Date               :    July 2, 2001 at 2:00 p.m.
---------------------------------------------------------------------
CV. NO. B-98-143   Jose Villanueva-Velasquez      vs  E M Trominski et al
        B-98-192   Ladislao Garcia-Espinosa       vs  E M Trominski et al
        B-98-193   Juan Jose Luna-Guzme           vs  E M Trominski et al
        B-99-010   Francisco Leos-Hernandez       vs  E M Trominski et al
        B-99-025   Delfino Gonzalez-Mercado       vs  E M TRominski et al
        B-99-040   Everardo Arechiga-Hernandez    vs  E M Trominski et al
        B-99-047   Orlando Reyes-Garza            vs  E M Trominski et al
        B-99-051   Vicente Dominguez-Infante      vs  E M Trominski et al
        B-99-126   Daniel Tamez-Muniz             vs  E M Trominski et al
        B-99-127   Juan Jose Verduzco-Arevalo     vs  E M Trominski et al
        B-99-128   Ricardo Gonzalez-Gonzalez      vs  E M Trominski et al
        B-00-100   Rodolfo Vargas-Lazarit         vs  E M Trominski et al
```

---

**PETITIONERS' UNOPOSSED MTN FOR EMERGENCY HEARING ON REPONDENTS' MTN TO DISMISS**

Attorney Lisa Brodyaga present for the Petitioner'; Attorney Lisa Putnam present for the Defendants';

Presentation, response and arguments made by both parties;

The Court will prepare a Report and Recommendation to Judge Tagle denying the Respondent's Motion to Dismiss.