United States District Court
Southern District of Texas
FILED

JUL 03 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE VILLANUEVA-VELASQUEZ | ) | B98-143 |
| | ) | (HGT/FR) |
| VS. | ) | |
| | ) | Brownsville, Texas |
| E. M. TROMINSKI, ET AL | ) | July 2, 2001 |
| .............................) | | |

and

| | | |
|---|---|---|
| LADISLAO GARCIA-ESPINOZA | ) | B98-192 |
| | ) | (HGT/FR) |
| VS. | ) | |
| | ) | Brownsville, Texas |
| E. M. TROMINSKI, ET AL | ) | July 2, 2001 |
| .............................) | | |

and

| | | |
|---|---|---|
| JUAN JOSE LUNA-GUZME | ) | B98-193 |
| | ) | (HGT/FR) |
| VS. | ) | |
| | ) | Brownsville, Texas |
| E. M. TROMINSKI, ET AL | ) | July 2, 2001 |
| .............................) | | |

and

| | | |
|---|---|---|
| FRANCISCO LEOS-HERNANDEZ | ) | B98-010 |
| | ) | (HGT/FR) |
| VS. | ) | |
| | ) | Brownsville, Texas |
| E. M. TROMINSKI, ET AL | ) | July 2, 2001 |

and

| | | |
|---|---|---|
| DELFINO GONZALEZ-MERCADO | ) | B99-025 |
| | ) | (HGT/FR) |
| VS. | ) | |
| | ) | Brownsville, Texas |
| E. M. TROMINSKI, ET AL | ) | July 2, 2001 |

and

ORIGINAL

WILSON REPORTING SERVICES
P.O. Box 532003   Harlingen, Texas   78553
(956) 412-5700

ClibPDF - www.fastio.com

2

1  EVERARDO ARECHIGA-HERNAN )            B99-040
                                        (FBV/JWB)
2  VS.                     )
                           )            Brownsville, Texas
3  E. M. TROMINSKI, ET AL  )            July 2, 2001

4                      and

5  ORLANDO REYES-GARZA      )           B99-047
                           )            (HGT/FR)
6  VS.                     )
                           )            Brownsville, Texas
7  E. M. TROMINSKI, ET AL  )            July 2, 2001

8                      and

9  VICENTE DOMINGUEZ-INFANTE )          B99-051
                           )            (FBV/JWB)
10 VS.                     )
                           )            Brownsville, Texas
11 E. M. TROMINSKI, ET AL  )            July 2, 2001

12                     and

13 DANIEL TAMEZ-MUNIZ       )           B99-126
                           )            (HGT/FR)
14 VS.                     )
                           )            Brownsville, Texas
15 E. M. TROMINSKI, ET AL  )            July 2, 2001

16                     and

17 JUAN JOSE VERDUZCO-AREVALO )         B99-127
                           )            (HGT/FR)
18 VS.                     )
                           )            Brownsville, Texas
19 E. M. TROMINSKI, ET AL  )            July 2, 2001

20                     and

21 RICARDO GONZALEZ-GONZALEZ )          B99-128
                           )            (FBV/JWB)
22 VS.                     )
                           )            Brownsville, Texas
23 E. M. TROMINSKI, ET AL  )            July 2, 2001

24                     and

25

WILSON REPORTING SERVICES
P.O. Box 532003   Harlingen, Texas   78553
(956) 412-5700

3

```
 1   RODOLFO VARGAS-LAZARIT          )              B00-100
                                     )             (HGT/FR)
 2   VS.                             )
                                     )          Brownsville, Texas
 3   E. M. TROMINSKI, ET AL          )           July 2, 2001


 4


 5   HEARING ON PETITIONERS' UNOPPOSED MOTION FOR AN EMERGENCY
              HEARING ON RESPONDENTS' MOTION TO DISMISS
 6       BEFORE THE HONORABLE FELIX RECIO, MAGISTRATE JUDGE
                  UNITED STATES DISTRICT COURT
 7                    SOUTHERN DISTRICT


 8


 9


10   TRANSCRIPT ORDERED BY:          HONORABLE JUDGE FELIX RECIO


11   APPEARANCES FOR


12   THE PETITIONERS:                Ms. Lisa Brodyaga
                                     REFUGIO DEL RIO GRANDE
13                                   17891 Landrum Park Road
                                     San Benito, Texas  78586

14
     THE RESPONDENTS:                Ms. Lisa M. Putnam
15                                   Assistant District Counsel
                                          Special Assistant U.S.
16                                   Attorney
                                     UNITED STATES DEPARTMENT
17                                   OF JUSTICE
                                     Immigration &
18                                   Naturalization Service
                                     Office of the District
19                                   Counsel
                                     1709 Zoy Street
20                                   Harlingen, Texas  78551


21
     THE REPORTER:                   Carolyn Newman
22
     Proceedings recorded by oral stenography.
23
     Transcript produced by computer.
24


25
```

ClibPDF - www.fastio.com